**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1099**

─────────────

JANICE MCNEIL; LAMAR MCNEIL,

                              Plaintiffs - Appellants,

        versus

HERBERT BERG, Superintendent, Alexandria City
Public Schools; STEVEN KENEALY, School Board
Chairman; LILLIAN BROOKS, Director of Court
Services,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-99-1508-A)

─────────────

Submitted:  June 15, 2000            Decided:  June 20, 2000

─────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Janice McNeil, Lamar McNeil, Appellants Pro Se.  Francis Joseph
Prior, Jr., SICILIANO, ELLIS, DYER & BOCCAROSSE, Fairfax, Virginia;
William W. Muse, Assistant Attorney General, Richmond, Virginia,
for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Janice McNeil and Lamar McNeil appeal the district court's order dismissing their complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McNeil v. Berg, No. CA-99-1508-A (E.D. Va. Dec. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2